Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re Arjadis Buitrago                ,        Case No. 18-12960

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No.  8  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on         11/8/2018        .

| | |
|---|---|
| Cenlar FSB | MidFirst Bank, Bankruptcy Department |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| 425 Phillips Blvd. | Attn: Bankruptcy Dept. |
| Ewing, NJ 08618 | 999 NW Grand Blvd., #110 |
| | Oklahoma City, OK 73118-6077 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/9/2018

Jeanne A. Naughton
**CLERK OF THE COURT**