Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–12960–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Arjadis Buitrago
  228 Ellis Parkway
  Piscataway, NJ 08854

Social Security No.:
  xxx–xx–4678

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 19, 2018.

On 1/31/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:         March 13, 2019
Time:         10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 1, 2019
JAN: gan

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Arjadis Buitrago  
    Debtor

Case No. 18-12960-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 | Date Rcvd: Feb 01, 2019 |
|---|---|---|---|
| | Form ID: 185 | Total Noticed: 24 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.

```
db            +Arjadis Buitrago,    228 Ellis Parkway,    Piscataway, NJ 08854-4417
cr            +Cenlar FSB as servicer for AmeriHome Mortgage Comp,    Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517334333     +Amerihome Mtg Co, Llc,    21300 Victory Blvd Ste 2,    Woodland Hills, CA 91367-2525
517397291     +Birchview Management,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                Parsippany, NJ 07054-4609
517334342    ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
517473387     +Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
517334338     +Executive Credit Management,    4 Waterloo Rd # 3,    Stanhope, NJ 07874-2653
517334340     +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
517334341     +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517861639     +MidFirst Bank, Bankruptcy Department,    999 NW Grand Boulevard, #110,
                Oklahoma City, OK 73118-6051
517861640     +MidFirst Bank, Bankruptcy Department,    999 NW Grand Boulevard, #110,
                Oklahoma City, OK 73118-6077,    MidFirst Bank, Bankruptcy Department,
                999 NW Grand Boulevard, #110,    Oklahoma City, OK 73118-6051
517334343     +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2019 02:05:41    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2019 02:05:36    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517334334     +E-mail/Text: smacknowski@msscuso.com Feb 02 2019 02:06:36    Aspire Fcu,
                67 Walnut Ave Ste 401,    Clark, NJ 07066-1696
517334335     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 02 2019 02:09:38    Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517334336     +E-mail/PDF: creditonebknotifications@resurgent.com Feb 02 2019 02:09:43    Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
517334337     +E-mail/Text: bankruptcynotices@dcicollect.com Feb 02 2019 02:06:42
                Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                Jacksonville, FL 32255-1268
517334339     +E-mail/Text: bnc-bluestem@quantum3group.com Feb 02 2019 02:06:45    Fingerhut,
                Bankruptcy Dept,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517470487      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 02 2019 02:09:47
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517412277     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 02 2019 02:05:36    Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517436466     +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 02 2019 02:06:04    Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517345812     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2019 02:10:16    T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517453995     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2019 02:09:23    Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Feb 01, 2019
                              Form ID: 185               Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harvey I. Marcus    on behalf of Debtor Arjadis  Buitrago him@lawmarcus.com
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicer for AmeriHome Mortgage
               Company, LLC cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```