Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−12960−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arjadis Buitrago
   228 Ellis Parkway
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−4678

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/23/19 at 09:00 AM

to consider and act upon the following:

**45** − Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: 228 Ellis Parkway Piscataway NJ 08854. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, Motion for Relief from Co−Debtor Stay of Nini Alcazar, 40 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 06/20/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/14/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court