Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–12960–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Arjadis Buitrago
    228 Ellis Parkway
    Piscataway, NJ 08854
Social Security No.:
    xxx–xx–4678
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/19/19 at 09:00 AM

to consider and act upon the following:

*59* – Creditor's Certification of Default (related document:49 Order (Generic)) filed by Kevin Gordon McDonald on behalf of MIDFIRST BANK. Objection deadline is 10/28/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (McDonald, Kevin)

Dated: 10/23/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court