**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)
David G. Beslow, Esq. #DGB-5300

Order Filed on November 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ARJADIS BUITRAGO,**

Debtor

Case No. 18-12960

Chapter: 13

Hearing Date: November 5, 2019

Judge: Hon. Michael B. Kaplan

## LOSS MITIGATION ORDER

The relief set forth on the following pages numbered 2 and 3 is hereby **ORDERED**.

DATED: November 5, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:       2
Debtor(s):  Arjadis Buitrago
Case No.:   18-12960 - Chapter 13
Caption:    Loss Mitigation Order

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, David G. Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED** that this Order concerns the following:

Property: 228 Ellis Parkway, Piscataway, New Jersey 08854
Creditor: MidFirst Bank

- The debtor and creditor listed above are directed to participate in Loss Mitigation and are bound by the court's Loss Mitigation Program and Procedures (LMP).

- The Loss Mitigation process shall terminate on 2/3/2020 (90 days from the date of the entry of this order, unless extended as set forth in Section IX.B. of the LMP.

- The debtor must make adequate protection payments to the creditor during the Loss Mitigation Period in the amount set forth in the Notice of Motion for Loss Mitigation. See Sections V.A.1.a and VII.B. of the LMP.

- If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if such a motion is filed during the loss mitigation period, the court may condition the stay upon compliance by the debtor with the fulfillment of the debtor's obligations under the Loss Mitigation Order. If the debtor fails to comply with the loss mitigation process and this Order, the creditor may apply to terminate the Order as specified in Section IX.C of the LMP and to obtain relief from the stay.

- Within 14 days of termination of the loss mitigation period, the debtor must file with the court and serve all interested parties, the Local Form, Loss Mitigation Final Report as set forth in Section VII.C. of the LMP.

- Extension of the LMP may be requested as specified in Section IX.B of the LMP.

- The parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period

- Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

| | |
|---|---|
| Page: | 3 |
| Debtor(s): | Arjadis Buitrago |
| Case No.: | 18-12960 - Chapter 13 |
| Caption: | Loss Mitigation Order |

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 10 business days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review

United States Bankruptcy Court
District of New Jersey

In re:  
Arjadis Buitrago  
    Debtor

Case No. 18-12960-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 06, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.  
db         +Arjadis Buitrago,   228 Ellis Parkway,   Piscataway, NJ 08854-4417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:

         Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         David G. Beslow    on behalf of Debtor Arjadis  Buitrago yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicer for AmeriHome Mortgage Company, LLC cmecf@sternlav.com  
         Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Mark   Goldman    on behalf of Debtor Arjadis  Buitrago yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 8