**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)
David G. Beslow, Esq. #DGB-5300

Order Filed on January 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>**ARJADIS BUITRAGO,**<br><br>               **Debtor** | Case No. 18-12960<br><br>Chapter: 13<br><br>Judge:   Hon. Michael B. Kaplan |

## ORDER APPROVING TRIAL MORTGAGE LOAN MODIFICATION

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 9, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:        2
Debtor(s):   **Arjadis Buitrago**
Case No.:    **18-12960 - Chapter 13**
Caption:     **Order Approving Trial Mortgage Loan Modification**

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, David G. Beslow, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby **ORDERED:**

1. The debtor is hereby authorized to enter into a trial loan modification agreement on his first mortgage held and/or serviced by Midland Mortgage, a division of MidFirst Bank, under the terms and conditions of the pre-qualification letter agreement submitted to this Court in support of the within motion for approval.

2. Any permanent loan modification agreement shall require further approval of this Court.