Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–12960–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arjadis Buitrago
   228 Ellis Parkway
   Piscataway, NJ 08854

Social Security No.:
   xxx–xx–4678

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/24/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 24, 2020
JAN: kmm

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Arjadis Buitrago  
    Debtor  

Case No. 18-12960-MBK  
Chapter 13  

## CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 | Date Rcvd: Sep 24, 2020 |
|---|---|---|---|
| | Form ID: 148 | Total Noticed: 24 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.

```
db           +Arjadis Buitrago,    228 Ellis Parkway,    Piscataway, NJ 08854-4417
cr           +Cenlar FSB as servicer for AmeriHome Mortgage Comp,    Stern, Lavinthal & Frankenberg, LLC,
               105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517334333    +Amerihome Mtg Co, Llc,    21300 Victory Blvd Ste 2,    Woodland Hills, CA 91367-2525
517397291    +Birchview Management,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
               Parsippany, NJ 07054-4609
517473387    +Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
517334338    +Executive Credit Management,    4 Waterloo Rd # 3,    Stanhope, NJ 07874-2653
517334342    +Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713-4326
517861639    +MidFirst Bank, Bankruptcy Department,    999 NW Grand Boulevard, #110,
               Oklahoma City, OK 73118-6051
517861640    +MidFirst Bank, Bankruptcy Department,    999 NW Grand Boulevard, #110,
               Oklahoma City, OK 73118-6077,    MidFirst Bank, Bankruptcy Department,
               999 NW Grand Boulevard, #110,    Oklahoma City, OK 73118-6051
517334343    +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2020 00:15:46      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2020 00:15:45      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517334334    +E-mail/Text: smacknowski@msscuso.com Sep 25 2020 00:16:01      Aspire Fcu,
               67 Walnut Ave Ste 401,    Clark, NJ 07066-1696
517334335    +EDI: CAPITALONE.COM Sep 25 2020 03:43:00      Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517334336    +E-mail/PDF: creditonebknotifications@resurgent.com Sep 25 2020 00:20:36      Credit One Bank Na,
               Po Box 98873,    Las Vegas, NV 89193-8873
517334337    +EDI: DCI.COM Sep 25 2020 03:43:00      Diversified Consultants, Inc.,
               Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
517334339    +EDI: BLUESTEM Sep 25 2020 03:43:00      Fingerhut,    Bankruptcy Dept,    6250 Ridgewood Rd,
               Saint Cloud, MN 56303-0820
517334340    +EDI: AMINFOFP.COM Sep 25 2020 03:43:00      First Premier Bank,    Po Box 5524,
               Sioux Falls, SD 57117-5524
517334341    +EDI: IIC9.COM Sep 25 2020 03:43:00      I C System Inc,    Po Box 64378,
               Saint Paul, MN 55164-0378
517470487     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 25 2020 00:20:39
               LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
               FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517412277    +EDI: MID8.COM Sep 25 2020 03:43:00      Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
517436466    +EDI: JEFFERSONCAP.COM Sep 25 2020 03:43:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517345812    +EDI: AIS.COM Sep 25 2020 03:43:00      T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517453995    +EDI: AIS.COM Sep 25 2020 03:43:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
lm              MIDFIRST BANK
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                            Signature: /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 24, 2020
                              Form ID: 148             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              David G. Beslow    on behalf of Debtor Arjadis   Buitrago yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Cenlar FSB as servicer for AmeriHome Mortgage
               Company, LLC cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark   Goldman    on behalf of Debtor Arjadis   Buitrago yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```